```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/11
```

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

United States of America
        Plaintiff(s),
V.
Larkspur LLC, et al.
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11 Civ. 6321 (DAB)

Notice is hereby given that, subject to approval by the court, the United States of America substitutes
(Party (s) Name)

Carina H. Schoenberger , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of Brian M. Feldman
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: United States Attorney's Office, Southern District of New York
    Address: 86 Chambers Street, Third Floor
    Telephone: (212) 637-2822    Facsimile (212) 637-2702
    E-Mail (Optional): Carina.Schoenberger@usdoj.gov

I consent to the above substitution.
Date: _____
(Signature of Party (s))

I consent to being substituted.
Date: 9/20/2011
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/28/2011
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: October 6, 2011
        Deborah A. Batts
        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]